UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| East Phillips Neighborhood and Edward Henderson, | File No. 20-cv-1648 (ECT/KMM) |
| Plaintiffs, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| City of Minneapolis, | |
| Defendant. | |

---

Magistrate Judge Katherine Menendez issued a Report and Recommendation on October 20, 2020.  ECF No. 4.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Federal Rule of Civil Procedure 41(b); and

3. Plaintiffs' Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 2] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 8, 2020          s/ Eric C. Tostrud
                                  Eric C. Tostrud
                                  United States District Court